# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | CV 18-08636-CJC (ASx) | Date | April 24, 2019 |
|---|---|---|---|
| Title | UNDOO, LLC v. cGreen, Inc. et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE ON NOTICE OF VOLUNTARY DISMISSAL**

    The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [23], hereby orders this action dismissed WITHOUT prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                                                                     -   :   -

Initials of Deputy Clerk   gga